IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE: CHAPTER 13

PAUL EDWARD BROSS

CASE No. 6:18-bk-05712-CCJ

DEBTOR.
_____/

**NOTICE OF APPEARANCE**

April Hosford Stone of Tromberg Law Group, P.A. files this appearance as attorney for Ditech Financial LLC in connection with 265 ATLANTIC DR, MELBOURNE BEACH, FL 32951, loan number XXXXXX8919, in the above-captioned proceeding, requests that all matters which must be noticed to creditors, any creditor's committees, and any other parties-in interest pursuant to Fed. R. Bankr. P. 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to Fed.R. Bankr. P 2002(g), request that the following be added to the Court's master mailing list.

**Tromberg Law Group, P.A.**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tromberglawgroup.com
astone@tromberglawgroup.com

Our Case #: 18-001632-POC\6:18-bk-05712-CCJ\DITECH

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 25, 2018, I electronically filed the foregoing with the Clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants listed below:

Beau Bowin
Bowin Law Firm, P.L.
PO Box 33698
Indialantic, FL 32903
(321) 821-7440
Email: christine@bowinlaw.com

U.S Trustee Middle District of Florida (Orlando Division)
George C Young Federal Building
400 West Washington Street
Suite 1100
Orlando, FL 32801
USTP.Region21.OR.ECF@usdoj.gov

Laurie K. Weatherford
Post Office Box 3450
Winter Park, FL 32790
LAURIEW@C130RL.COM

and on September 25, 2018, a true and correct copy was mailed to the non-CM/ECF participants listed below:

Paul Edward Bross
5070 Seiler St.
Melbourne Beach, FL 32951

**Tromberg Law Group, P.A.**

**BY:** /s/ April Hosford Stone
Attorney for Secured Creditor
1515 South Federal Highway, Suite 100
Boca Raton, FL 33432
Telephone #: 561-338-4101
Fax #: 561-338-4077
FBN 0091388
ecf@tromberglawgroup.com
astone@tromberglawgroup.com

Our Case #: 18-001632-POC\6:18-bk-05712-CCJ\DITECH